UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVCO INSURANCE COMPANY,<br><br>                                     Plaintiff,<br><br>v.<br><br>GLEN DERSHOWITZ AND AMY DERSHOWITZ,<br><br>                                     Defendants. | Civil Action No. 11-civ-4804 (CS)(JCM)<br><br>**STIPULATON OF DISMISSAL** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **STIPULATED AND AGREED,** by and between the respective undersigned counsel for Plaintiff, TRAVCO Insurance Company ("TRAVCO"), and Defendants-Counterclaimants, Glen Dershowitz and Amy Dershowitz, that all claims and counterclaims in the above-captioned matter be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC** | **THE KILLIAN FIRM, P.C.** |
| By: /s/Christopher S. Finazzo<br>      Christopher S. Finazzo, Esq. | By: /s/ Laura Valenti Studwell<br>      Laura Valenti Studwell, Esq. |
| *Attorneys for Plaintiff*<br>*TRAVCO Insurance Company* | *Attorneys for Defendants-Counterclaimants*<br>*Glen Dershowitz and Amy Dershowitz* |
| 67 East Park Place – Suite 901<br>Morristown, N.J. 07960<br>(973) 343-4960<br>Christopher.finazzo@finazzolaw.com | 555 Route 1 South, Suite 430<br>Iselin, N.J. 08830<br>(732) 912-2100<br>lstudwell@tkfpc.com |
| | The Clerk shall close the case. |
| Dated: January 30, 2017 | SO ORDERED.<br><br>*[signature]*<br>CATHY SEIBEL, U.S.D.J.<br><br>January 30, 2017 |

1